
FILED
OCT - 4 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) No.
)
) 1:22CR00149 JAR-ACL
WOODROW MASSA, )
)
    Defendant. )

## INDICTMENT

## GENERAL ALLEGATIONS

The Grand Jury charges that:

At all times relevant to this Indictment:

1. The Piedmont (MO) Police Department ("PPD") was a law enforcement agency in the Eastern District of Missouri;

2. Among other functions, the PPD was responsible for investigating crimes occurring in Piedmont, Missouri, including but not limited to assaults and traffic offenses;

3. Members of the PPD also assisted other municipal police departments located in and around the area on an "as needed" basis;

4. Defendant WOODROW MASSA was employed by the PPD as a police officer;

5. Defendant WOODROW MASSA was sworn to uphold the United States Constitution, as well as the laws of the State of Missouri.

1

## COUNT ONE
## [18 U.S.C. §242]

6. Paragraphs 1-5 of the General Allegations are incorporated by reference in this count.

7. On or about August 12, 2020, within the Eastern District of Missouri, the defendant,

## WOODROW MASSA,

while acting under color of law, willfully deprived J.R. of the right to be free from unreasonable seizure, a right secured and protected by the Constitution and laws of the United States, which includes the right to be free from unlawful arrest and detention. In so doing, the defendant participated in the arrest and detention of J.R., despite the absence of an arrest warrant or probable cause justifying the same;

In violation of and punishable under Title 18, United States Code, Section 242.

## COUNT TWO
## [18 U.S.C. §1001]

8. On or about October 5, 2020, within the Eastern District of Missouri, the defendant,

## WOODROW MASSA,

knowingly and willfully made any materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of the executive branch of the Government of the United States, to-wit: during an interview in Wayne County, Missouri with the Federal Bureau of Investigation relating to the offense charged in Count I, defendant denied having been present in the booking room during the post-arrest processing of J.R., despite a video recording depicting his presence there;

In violation of and punishable under Title 18, United States Code, Section 1001(a)(2).

## COUNT THREE
## [18 U.S.C. §1001]

1. On or about May 24, 2021, within the Eastern District of Missouri, the defendant,

**WOODROW MASSA,**

knowingly and willfully made any materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of the executive branch of the Government of the United States, to-wit: during an interview in Cape Girardeau County, Missouri with the Federal Bureau of Investigation and United States Department of Justice relating to the offense charged in Count I, defendant denied having been present in the booking room during the post-arrest processing of J.R., despite a video recording depicting his presence there;

In violation of and punishable under Title 18, United States Code, Section 1001(a)(2).

## COUNT FOUR
## [18 U.S.C. §242]

1. Paragraphs 1-5 of the General Allegations are incorporated by reference in this count.

2. On or about December 22, 2020, within the Eastern District of Missouri, the defendant,

**WOODROW MASSA,**

while acting under color of law, willfully deprived E.W. of the right to be free from unreasonable seizure, a right secured and protected by the Constitution and laws of the United States, which includes the right to be free from unlawful arrest and detention. In so doing, the defendant participated in the arrest and detention of E.W., despite the absence of an arrest warrant or probable cause justifying the same;

In violation of and punishable under Title 18, United States Code, Section 242.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
UNITED STATES ATTORNEY


_____
CHRISTINE KRUG
ASSISTANT UNITED STATES ATTORNEY
111 S. 10th Street, 20th Floor
St. Louis, MO 63102

4